# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DARRYK K. SPRING and
FLOYD L. SEMONS,

    Plaintiffs,

  v.                                      Case No. 23-CV-357

BREANNA M. GILBERT, *et al.*,

    Defendants.

## ORDER

On July 13, 2023, plaintiff Floyd L. Semons filed a motion asking the court to order Green Bay Correctional Institution to file a certified copy of his six-month trust account statement. (ECF No. 17.) Semons explained that he cannot afford to pay for a copy himself.

As he is choosing to bring this litigation, Semons must follow the rules of the institution, which includes paying for copies of the trust account statement. The court will not interfere with those rules and regulations. Semons is a seasoned litigator in this court and a prolific filer. He is going to have to consider his resources and use them strategically if he wants to continue with this case in addition to his other cases. The court denies his motion and reminds Semons that he must provide a certified copy of his trust account statement by August 4, 2023. If he fails to do so by that date,

the court will deny his motion to proceed without prepayment of the filing fee and dismiss him from the case.

**IT IS THEREFORE ORDERED** that Semons's motion for a court order requiring Green Bay Correctional Institution to provide a trust account statement (ECF No. 17) is **DENIED**.

Dated in Milwaukee, Wisconsin this 14th day of July, 2023.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge